658 A.2d 787

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Wendell McMILLIAN.**

Supreme Court of Pennsylvania.

Argued April 25, 1995.

Decided May 19, 1995.

Dennis C. McAndrews, Media, for Com.

Clinton L. Johnson, Chester, for W. McMillian.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, and CASTILLE, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., who is sitting by designation, did not participate in the consideration or decision of this case.

CASTILLE, J., dissents.